**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JOSE A. RIVERA-PINA, et al.,**<br><br>    **Plaintiff,**<br><br>             v.<br><br>**LUXURY HOTELS INTERNATIONAL OF PUERTO RICO D/B/A RITZ-CARLTON HOTEL SPA & CASINO,**<br><br>    **Defendant.** | **CIVIL NO. 18-1719 (PAD)** |

**ERRATA SHEET**

The Opinion and Order issued on March 31, 2022, at Docket No. 111, is amended *nunc pro tunc*, as follows:

- Page 1. 5th line from bottom. Replace "is" with "are."

- Page 9. Footnote 7. Add "of the letter" after "copy."

- Page 15. 2nd line from bottom. Replace "lasting over" with "exceeding."

- Page 16. Space between footnotes 11 and 12.

- Page 17. Footnote 14. Replace "for the same reason" with "in like manner."

A revised Opinion and Order incorporating these changes is attached.